The People of the State of Illinois, defendant in error, v. William H. H. Miller, plaintiff in error. Gen. No. 35,025.

Opinion filed January 20, 1932.

Louis Greenberg, Samuel A. Hoffman and Charles S. Dougherty, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig, Henry T. Chace, Jr. and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Friend delivered the opinion of the court.